**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   12-cv-03274-LTB-KLM

HEDVA BANK,

      Plaintiff,

v.

ALLIED JEWISH FEDERATION OF COLORADO, a Colorado corporation, and
DOUG SESERMAN, an individual,

      Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Joint Stipulation of Dismissal With Prejudice (Doc 27 - filed September 19, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                            BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   September 22, 2014